

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                           Case Number: 08 CR 534-1

    United States of America,

        -v-
    Lawrence Gonsalves


AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

LAWRENCE GONSALVES

**FILED**
JUL 1 4 2008  NF
Jul 14, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) <br> Dean C. Morask | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> /s/ Dean C. Morask | |
| FIRM <br> Law Office of Dean C. MOrask | |
| STREET ADDRESS <br> 53 W. Jackson Blvd., #1403 | |
| CITY/STATE/ZIP <br> Chicago, Illinois   60604 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 3127503 | TELEPHONE NUMBER <br> (312) 360-0723 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br><br> RETAINED COUNSEL ☒    APPOINTED COUNSEL ☐ | |