MJK

AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

UNITED STATES OF AMERICA

v.

LAWRENCE GONSALVES

08 CR 534

**WAIVER OF INDICTMENT**

CASE NUMBER: 08 CR 534

FILED
7-18-2008
JUL 1 8 2008

JUDGE JAMES B. ZAGEL
UNITED STATES DISTRICT COURT

I, Lawrence Gonsalves, the above named defendant, who is accused of:

(1) Beginning in or about early 2006, and continuing through and including early July 2006, at Chicago, in the Northern District of Illinois, and elsewhere, LAWRENCE GONSALVES, did conspire with Individual A, Individual B and others, to commit an offense against the United States, namely to wilfully and recklessly violate regulations prescribed by the Secretary of Transportation relating to the safe transportation of hazardous material, specifically, Title 49, Code of Federal Regulations, Sections 172.200(a), 172.204(a), 172.300(a), 172.400(a), 172.500(a), 172.600(a), in violation of Title 49, United States Code, Section 5124, all in violation of Title 18, United States Code, Section 371.

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on July 18, 2008, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before: _____
Judicial Officer

Date: 7-18-2008