# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | James B. Zagel | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 534 | **DATE** | 7/18/2008 |
| **CASE TITLE** | UNITED STATES vs. LAWRENCE GONSALVES | | |

**DOCKET ENTRY TEXT**

Arraignment held. Defendant enters plea of guilty to count 1 of the information. Defendant informed of his rights. Plea accepted and judgment of guilty entered on count 1. Presentence investigation report ordered. Sentencing set for 9/25/2008 at 2:00 p.m.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | DW |
|---|---|---|