

IN THE UNITED STATETS DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED

AUG - 1 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. 08 CR 0534 |
| V. | ) | |
| | ) | Judge: Honorable James B. Zagel |
| Laurence Gonsalves, | ) | |
| | ) | |

**UNOPPOSED MOTION FOR PERMISSION TO LEAVE THE JURISDICTION**

    NOW COMES the Defendant, Laurence Gonsalves, through his attorney, Dean C. Morask, and respectfully requests that this Honorable Court allow Mr. Gonsalves to leave the jurisdiction. In support of his motion, Mr. Gonsalves states the following:

1. On July 18, 2008, Mr. Gonsalves entered a plea of guilty to a violation of the Hazardous Material Transportation Act;

2. This plea of guilty was entered to an information, Mr. Gonsalves having waived his right to indictment and pursuant to a plea agreement with the United States Attorney's Office which was entered into evidence;

3. After the hearing, Mr. Gonsalves was released on a recognizance bond and surrendered his passport to a representative of pretrial services; He was also processed;

4. Mr. Gonsalves wishes to attend a previously arranged family reunion in Oustberg, Wisconsin on August 9 & 10, 2008; Mr. Gonsalves will stay at that home of his sister, Joanita Birkmeyer at N957 & 977 Smith Drive, Wisconsin. Mr. Gonsalves will be available by phone during his visit;

5. Mr. Langner of the United States Attorney's Office has been advised of this request and the U.S. Attorney's Office does not object.

6. Pretrial services Chrystal Collings, also has been consulted and does not object to this motion.

WHEREFORE, the Petitioner, Mr. Laurence Gonsalves, respectfully requests that this Honorable Court grant him permission to leave the jurisdiction.

Respectfully submitted,

By: /s/ Dean C. Morask
Dean C. Morask
53 W. Jackson Blvd. Suite 1403
Chicago, Illinois 60604
(312) 360-0723

IN THE UNITED STATETS DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA,        )
                                 )   No. 08 CR 0534
            V.                   )
                                 )   Judge: Honorable James B. Zagel
Laurence Gonsalves,              )
                                 )

### CERTIFICATE OF SERVICE

The undersigned, Dean C. Morask, hereby certifies that a copy of this Motion for Permission To Leave The Jurisdiction has been made on Plaintiff-Appellant by hand delivering on this 1st day of August, 2008, to the U.S. Attorney's Office as follows:

BEN LANGNER
ASSISTANT UNITED STATES ATTORNEY
219 S. DEARBORN STREET
ROOM 5000
CHICAGO, ILLINOIS 60604

Respectfully submitted,

By: _____
Dean C. Morask

**DEAN C. MORASK**
53 W. Jackson Blvd.
Suite #1403
Chicago, Illinois 60604
(312) 360-0723
Atty. Code No. 30520